UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEW HAMPSHIRE


<u>Elena Katz, et al</u>

        v.                       Civil No.  10-cv-410-JL

<u>Brian McVeigh, et al</u>


<u>O R D E R</u>


     It has come to the court's attention that pro hac vice counsel may be confused as to his role at this point in the case.  It is the practice in this district to initially treat counsel who file a pleading pro hac vice as counsel of record even if no motion to admit pro hac vice has been filed as required by LR 83.2.  Under these circumstance, during the pendency of the filing of a motion to admit pro hac vice, an attorney who has filed a pleading as pro hac counsel is treated as counsel of record for all purposes in the case, including the receipt of all service of process in lieu of service on the individual plaintiffs, unless and until the court enters an order to the contrary.  The clerk's office shall send a copy of this order to both pro hac counsel of record as well as the plaintiffs in this case.


     SO ORDERED.


September 23,  2010                                 /s/ Daniel J. Lynch
                                                         Daniel  J. Lynch
                                                         United  States  Magistrate  Judge


cc:     Louis A. Piccone, Esq.