UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEW HAMPSHIRE

Elena Katz, et al.

        v.                Civil No. 10-cv-410-JL

Brian McVeigh, Esq.

### O R D E R

The Complaint in the above-captioned case was filed on September 17, 2010. On September 20, 2010, an Order was issued in that Attorney Piccone was to have local counsel file a Motion Pro Hac Vice for his admission by October 25, 2010. To date, no motion has been received. The deadline is herewith extended to November 5, 2010. If no motion for admission pro hac vice or motion to extend has been filed by that date, the case will be dismissed without prejudice.

SO ORDERED.

November 2, 2010                              _____
                                                      Joseph N. Laplante
                                                      United States District Judge

cc:     Louis Piccone, Esq.