```
              UNITED STATES DISTRICT COURT
                DISTRICT OF NEW HAMPSHIRE
```

Elena Katz *et al.*

    v.                                          Civil No. 10-cv-410-JL

Brian McVeigh *et al.*


**PROCEDURAL ORDER**

On August 22, 2011, this court convened an evidentiary hearing on the plaintiffs' request for appointment as next friends for their incapacitated adult daughter, Eleonora Grodman. The plaintiffs appeared with counsel, and all defendants who opposed the request appeared through counsel.  Following off-the-record discussions between the court and counsel prior to the hearing, the parties agreed that, in lieu of considering the plaintiffs' request for appointment as next friends, this court was to contact Attorney Michael Chamberlain, of Manchester, New Hampshire, about seeking appointment to that role.

After reviewing the docket in this matter, however, Attorney Chamberlain has informed the court that he declines to seek appointment as Eleonora's next friend, due to relationships between his existing clients and some of the defendants in this matter.

Accordingly, counsel for the plaintiffs and for the defendants who opposed the plaintiffs' appointment as Eleonora's

next friends shall confer and report to the court by the close of business on **September 16, 2011**, as to whether they can agree on another qualified person to serve as Eleonora's next friend. If agreement can be reached, this court will promptly contact the agreed-upon person about seeking the appointment. If agreement cannot be reached, counsel shall advise the court as to their soonest availability for a telephone conference to discuss how else to proceed.

**SO ORDERED.**

_____
Joseph N. Laplante
United States District Judge

Dated: September 9, 2011

cc: Francis J. McDonough, Jr., Esq.
    Louis A. Piccone, Esq.
    Rebecca L. Woodard, Esq.
    Nancy J. Smith, Esq.
    Brian J.S. Cullen, Esq.
    Donald L. Smith, Esq.
    Paul B. Kleinman, Esq.
    Charles P. Bauer, Esq.
    Corey M. Belobrow, Esq.
    W. Daniel Deane, Esq.
    Evan C. Ouellette, Esq.
    Raquel J. Webster, Esq.
    Lisa M. Lee, Esq.
    Adam B. Pignatelli, Esq.
    Michael A. Pignatelli, Esq.