UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEW HAMPSHIRE

Elena Katz, et al.

        v.                          Civil No. 10-cv-410-JL

Brian McVeigh, et al.

O R D E R

On June 18, 2012, the plaintiffs were ordered to either retain counsel or appear pro se by July 18, 2012. In response to this order, on July 18, plaintiffs Arnold Grodman and Elena Katz filed a pro se appearance, and on July 19, plaintiff Stuart Grodman filed his pro se appearance. On August 13, an order was issued staying this matter and granting the plaintiffs' motion to extend time to find new counsel to September 18.

The stay previously imposed is now lifted and the following pending motions will be ruled on in due course: Doc. #152, Plaintiff's Motion for Leave to File Amended Complaint; Doc. #169, Motion for Lisa M. Lee to Withdraw as Attorney, and, Doc. #174, Plaintiffs' Motion for Leave to File 3 Days Late; Objection to Motion for Counsel Withdrawal, and for Appearance of New Counsels.

SO ORDERED.

October 3, 2012

                                                        Joseph N. Laplante
                                                        Chief Judge

cc: Elena Katz, pro se
Arnold Grodman, pro se
Stuart Grodman, pro se
Rebecca Woodard, Esq.
Nancy Smith, Esq.
Brian Cullen, Esq.
Adam Pignatelli, Esq.
Michael Pignatelli, Esq.
Charles Bauer, Esq.
Corey Belobrow, Esq.
Biron Bedard, Esq.
Julie Ciollo, Esq.
Michelle Hinkley, Esq.
Raquel Webster, Esq.
Lisa Lee, Esq.